# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> NW SIGN INDUSTRIES, INC., <br> d/b/a NW Sign Industries <br> d/b/a NW Sign Ind. <br> d/b/a NW Industries <br><br> Defendant. | Civil Action No. 1:14-CV-00423 |

**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Before the Court is Plaintiffs' Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2) (Dkt. No. 7). Pursuant to 28 U.S.C. § 636(b)(1)(c) the Magistrate Judge issued a Proposed Findings of Fact and Recommendations on July 25, 2014 (Dkt. No. 13). Upon the Plaintiffs' motion for entry of default judgment against Defendant, and it appearing that there is good and sufficient cause to grant the Motion, the Court hereby adopts the Magistrate Judge's recommendation. It is therefore **ORDERED**:

1. Plaintiffs' Motion for Default Judgment (Dkt. No. 7) is **GRANTED**. Default judgment is entered in favor of Plaintiffs and against Defendant. Plaintiffs are entitled to damages in the total amount of $56,082.78.

August 18, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge